UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

BMG Music
1540 Broadway
New York, NY 10036;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011; and

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505

               Plaintiffs,

    v.

DOES 1 - 19,

             Defendants.

Civil Action No.: _____

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

### PARTIES

4.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

7.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

11.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

12.      Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

13.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

14.     The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

15.     Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

16.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

17.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the

subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

18.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

19.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

20.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These

notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

21.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

22.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

23.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of

6

Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs'
Recordings that Defendant has downloaded onto any computer
hard drive or server without Plaintiffs' authorization and shall
destroy all copies of those downloaded recordings transferred onto
any physical medium or device in Defendant's possession,
custody, or control."

2.        For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.        For Plaintiffs' costs in this action.

4.        For Plaintiffs' reasonable attorneys' fees incurred herein.

5.        For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:        September 19, 2007

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **ARISTA RECORDS LLC, et al.** | **DOES 1 - 19** |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **New York County, NY**

**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| **Matthew J. Oppenheim (D.C. Bar No. 443698)**<br>**Oppenheim Group**<br>**7304 River Falls Drive**<br>**Potomac, MD 20854**<br>**(301) 299-4986** | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ☐ **A. Antitrust** | ☐ **B. Personal Injury/ Malpractice** | ☐ **C. Administrative Agency Review** | ☐ **D. Temporary Restraining Order/Preliminary Injunction** |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Ship
☐ 650 Airline Regs
☐ 660 Occupational

**Safety/Health**
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

☐ 871 IRS-Third Party 26
USC 7609

☐ 460 Deportation

| ☐ **G.** *Habeas Corpus/* *2255* | ☐ **H.** *Employment* *Discrimination* | ☐ **I.** *FOIA/PRIVACY* *ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>***(If pro se, select this deck)**** | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>***(If pro se, select this deck)**** | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ **K.** *Labor/ERISA* *(non-employment)* | ☐ **L.** *Other Civil Rights* *(non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting ☒<br>Rights Act) |

**V. ORIGIN**

☒1 Original
Proceeding
☐ 2 Removed from
State Court
☐ 3 Remanded from
Appellate Court
☐ 4 Reinstated or
Reopened
☐ 5 Transferred from
another district
(specify)
☐ Multi district
Litigation
☐ 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*17 U.S.C. § 501 et seq. – copyright infringement*

| **VII. REQUESTED** **IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐    ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES          ☒ NO |
|---|---|---|---|

| **VIII. RELATED CASE(S)** **IF ANY** | (See instruction) | ☐ YES    ☒ NO | If yes, please complete related case form. |
|---|---|---|---|

**DATE** September 19, 2007

**SIGNATURE OF ATTORNEY OF RECORD**

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II.**

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## EXHIBIT A DOE LIST

**Doe # 1**                    **IP Address:** 128.164.100.11 2007-02-02 05:59:17 EST

**Doe # 2**                    **IP Address:** 128.164.100.11 2007-03-05 04:29:42 EST

**Doe # 3**                    **IP Address:** 128.164.100.158 2007-04-14 16:57:39 EDT

**Doe # 4**                    **IP Address:** 128.164.100.22 2007-03-26 02:02:52 EDT

**Doe # 5**                    **IP Address:** 128.164.100.72 2007-05-10 00:24:36 EDT

**Doe # 6**                    **IP Address:** 128.164.100.76 2007-05-07 00:18:52 EDT

**Doe # 7**                    **IP Address:** 128.164.100.9 2007-04-29 18:19:00 EDT

**Doe # 8**                    **IP Address:** 128.164.102.11 2007-03-25 17:28:46 EDT

**Doe # 9**                    **IP Address:** 128.164.102.170 2007-02-27 20:13:57 EST

**Doe # 10**                   **IP Address:** 128.164.102.177 2007-03-07 15:52:17 EST

**Doe # 11**                   **IP Address:** 128.164.102.65 2007-04-13 10:28:59 EDT

**Doe # 12**                   **IP Address:** 128.164.102.86 2007-04-11 04:40:34 EDT

**Doe # 13**                   **IP Address:** 161.253.19.181 2007-03-24 14:31:00 EDT

**Doe # 14**                   **IP Address:** 161.253.34.17 2007-05-07 10:05:05 EDT

**Doe # 15**                   **IP Address:** 161.253.34.17 2007-05-09 00:40:25 EDT

**Doe # 16**                   **IP Address:** 161.253.34.17 2007-05-09 03:16:12 EDT

**Doe # 17**                   **IP Address:** 161.253.34.17 2007-05-11 18:22:16 EDT

**Doe # 18**                   **IP Address:** 161.253.34.17 2007-05-13 05:27:54 EDT

**Doe # 19**                   **IP Address:** 161.253.5.32 2007-04-02 04:11:49 EDT

**EXHIBIT A**

**IP Address:**  128.164.100.11 2007-02-02 05:59:17 EST          **CASE ID#**  116839160

**P2P Network:**  Gnutella                                        **Total Audio Files:** 452

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |
| UMG Recordings, Inc. | Boyz II Men | One Sweet Day | Legacy | 305-536 |
| SONY BMG MUSIC ENTERTAINMENT | Mandy Moore | I Wanna Be With You | I Wanna Be With You | 305-059 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| UMG Recordings, Inc. | Ja Rule | Between Me And You | Rule 3:36 | 270-080 |
| UMG Recordings, Inc. | Shania Twain | That Don't Impress Me Much | Come On Over | 243-502 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |

**EXHIBIT A**

**IP Address:** 128.164.100.11 2007-03-05 04:29:42 EST          **CASE ID#** 120620619

**P2P Network:** AresWarez          **Total Audio Files:** 196

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| BMG Music | Lit | Miserable | A Place in the Sun | 264-272 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

**EXHIBIT A**

**IP Address:** 128.164.100.158 2007-04-14 16:57:39 EDT          **CASE ID#** 125483700

**P2P Network:** Gnutella                                        **Total Audio Files:** 1120

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Capitol Records, Inc. | Coldplay | Clocks | A Rush of Blood to the Head | 322-958 |
| Warner Bros. Records Inc. | Barenaked Ladies | Never Is Enough | Stunt | 257-724 |
| Capitol Records, Inc. | Bonnie Raitt | You | Longing In Their Hearts | 221-613 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back To Me Now | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Street Dreams | It Was Written | 220-016 |
| Virgin Records America, Inc. | Spice Girls | Goodbye | Forever | 289-357 |

**EXHIBIT A**

**IP Address:** 128.164.100.22 2007-03-26 02:02:52 EDT                **CASE ID#** 123176905

**P2P Network:** AresWarez                                           **Total Audio Files:** 176

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| UMG Recordings, Inc. | Boyz II Men | One Sweet Day | Legacy | 305-536 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Let's Talk About Love | Let's Talk About Love | 248-109 |
| SONY BMG MUSIC ENTERTAINMENT | Michelle Williams | Heard A Word | Heart To Yours | 311-515 |

**EXHIBIT A**

**IP Address:** 128.164.100.72 2007-05-10 00:24:36 EDT          **CASE ID#** 128463499

**P2P Network:** Gnutella          **Total Audio Files:** 486

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Yellowcard | City Of Devils | Lights and Sounds | SRu 587-735 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | Keane | This Is the Last Time | Hopes and Fears | 355-429 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Virgin Records America, Inc. | Ben Harper | Burn One Down | Fight For Your Mind | 210-135 |

**EXHIBIT A**

**IP Address:** 128.164.100.76 2007-05-07 00:18:52 EDT          **CASE ID#** 128134618

**P2P Network:** Gnutella          **Total Audio Files:** 3538

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Maps | Fever to Tell | 332-650 |
| Capitol Records, Inc. | Coldplay | Everything's Not Lost | Parachutes | 328-762 |
| Warner Bros. Records Inc. | Dire Straits | Walk of Life | Brothers In Arms | 63-040 |
| UMG Recordings, Inc. | Weezer | No One Else | Weezer (Blue Album) | 187-644 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Jumpin' Jumpin' | The Writing's on the Wall | 268-936 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | Joe Budden | Calm Down | Joe Budden | 334-117 |

**EXHIBIT A**

**IP Address:** 128.164.100.9 2007-04-29 18:19:00 EDT                 **CASE ID#** 127208578

**P2P Network:** AresWarez                                           **Total Audio Files:** 285

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| BMG Music | RL | Good Man | RL:Ements | 309-766 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| LaFace Records LLC | Usher | Bedtime | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Brown Eyes | Survivor | 289-199 |
| SONY BMG MUSIC ENTERTAINMENT | Peabo Bryson | Can You Stop the Rain | Can You Stop The Rain | 133-371 |
| UMG Recordings, Inc. | Vanessa Williams | Save the Best for Last | Comfort Zone | 141-365 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |

**EXHIBIT A**

**IP Address:** 128.164.102.11 2007-03-25 17:28:46 EDT                    **CASE ID#** 123141196

**P2P Network:** Gnutella                                                  **Total Audio Files:** 159

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot Ultramix | 306-657 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Jay-Z | Hard Knock Life (Ghetto Anthem) | Hard Knock Life, Vol. 2 | 246-547 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| Warner Bros. Records Inc. | Madonna | Holiday | Madonna | 46-877 |

**EXHIBIT A**

**IP Address:** 128.164.102.170 2007-02-27 20:13:57 EST          **CASE ID#** 119963379

**P2P Network:** AresWarez          **Total Audio Files:** 341

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Fly | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| BMG Music | Eve 6 | Inside Out | Eve 6 | 257-983 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Counting Crows | Hard Candy | Hard Candy | 321-021 |
| Atlantic Recording Corporation | Hootie & The Blowfish | Only Wanna Be With You | Cracked Rear View | 193-960 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Great Indoors | Room for Squares | 305-049 |
| Capitol Records, Inc. | Coldplay | Warning Sign | A Rush of Blood to the Head | 322-958 |

**EXHIBIT A**

**IP Address:** 128.164.102.177 2007-03-07 15:52:17 EST          **CASE ID#** 120943991

**P2P Network:** AresWarez                                        **Total Audio Files:** 734

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | Linkin Park | Crawling | Hybrid Theory | 288-402 |
| SONY BMG MUSIC ENTERTAINMENT | The Bangles | Walk Like An Egyptian | Different Light | 68-534 |
| Virgin Records America, Inc. | Paula Abdul | Straight Up | Forever Your Girl | 93-688 |
| Capitol Records, Inc. | Meredith Brooks | Bitch | Blurring the Edges | 181-390 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Bat Out Of Hell | Bat Out Of Hell | N46849 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| UMG Recordings, Inc. | Def Leppard | Armageddon It | Hysteria | 90-420 |

**EXHIBIT A**

**IP Address:** 128.164.102.65 2007-04-13 10:28:59 EDT                    **CASE ID#** 125349061

**P2P Network:** Gnutella                                                                **Total Audio Files:** 1492

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| UMG Recordings, Inc. | DMX | What These Bitches Want | ...And Then There Was X | 279-017 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | When I Fall in Love | The Colour Of My Love | 191-558 |
| UMG Recordings, Inc. | Jay-Z | It's Alright | Hard Knock Life, Vol. 2 | 246-547 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |

**EXHIBIT A**

**IP Address:** 128.164.102.86 2007-04-11 04:40:34 EDT        **CASE ID#** 125073298

**P2P Network:** Gnutella        **Total Audio Files:** 1492

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Livin' la Vida Loca | Ricky Martin | 278-159 |
| Warner Bros. Records Inc. | Green Day | Good Riddance (Time of Your Life) | Nimrod | 244-558 |
| LaFace Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| Arista Records LLC | Clipse | Ma, I Don't Love Her | Lord Willin' | 321-673 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |
| LaFace Records LLC | TLC | Fanmail | Fanmail | 298-454 |

**EXHIBIT A**

**IP Address:**  161.253.19.181 2007-03-24 14:31:00 EDT                    **CASE ID#**  123027671

**P2P Network:**  AresWarez                                                **Total Audio Files:** 468

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Brandy | Top of The World | Never Say Never | 256-701 |
| LaFace Records LLC | Usher | I Don't Know | 8701 | 307-207 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |
| UMG Recordings, Inc. | Jay-Z | Blueprint (Momma Loves Me) | The Blueprint | 301-441 |
| UMG Recordings, Inc. | DMX | Keep Your Shit The Hardest | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Virgin Records America, Inc. | Janet Jackson | All for You | All for You | 308-900 |

# EXHIBIT A

**IP Address:** 161.253.34.17 2007-05-07 10:05:05 EDT                    **CASE ID#** 128189755

**P2P Network:** BitTorrent                                              **Total Audio Files:** 500

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| Warner Bros. Records Inc. | The Time | Girl | The Time | 28-936 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |

# EXHIBIT A

**IP Address:** 161.253.34.17 2007-05-09 00:40:25 EDT          **CASE ID#** 128364479

**P2P Network:** BitTorrent          **Total Audio Files:** 500

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| Warner Bros. Records Inc. | The Time | Girl | The Time | 28-936 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |

**EXHIBIT A**

**IP Address:** 161.253.34.17 2007-05-09 03:16:12 EDT          **CASE ID#** 128377956

**P2P Network:** BitTorrent                                    **Total Audio Files:** 500

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| Warner Bros. Records Inc. | The Time | Girl | The Time | 28-936 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |

**EXHIBIT A**

**IP Address:** 161.253.34.17 2007-05-11 18:22:16 EDT                    **CASE ID#** 128679920

**P2P Network:** BitTorrent                    **Total Audio Files:** 500

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| Warner Bros. Records Inc. | The Time | Girl | The Time | 28-936 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |

**EXHIBIT A**

**IP Address:** 161.253.34.17 2007-05-13 05:27:54 EDT          **CASE ID#** 128878794

**P2P Network:** BitTorrent                                    **Total Audio Files:** 500

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| Warner Bros. Records Inc. | The Time | Girl | The Time | 28-936 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |

**EXHIBIT A**

**IP Address:** 161.253.5.32 2007-04-02 04:11:49 EDT          **CASE ID#** 124071392

**P2P Network:** BitTorrent          **Total Audio Files:** 501

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| Arista Records LLC | Grateful Dead | Touch of Grey | In The Dark | 90-055 |
| Capitol Records, Inc. | Pink Floyd | Time | Dark Side Of The Moon | N5354 |
| Warner Bros. Records Inc. | Dire Straits | Money for Nothing | Brothers In Arms | 63-040 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Tunnel of Love | Tunnel of Love | 87-116 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Hungry Heart | The River | 25-235 |