# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| ARISTA RECORDS LLC, *et al.* | ) | **APPEARANCE** |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| | ) | |
| DOES 1 - 19, | ) | |
| | ) | |
| Defendant(s) | | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of <u>Matthew J. Oppenheim</u> as counsel in this

case for: <u>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG</u>

<u>MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.;</u>

<u>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS,</u>

<u>INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.</u>

September 19, 2007
Date

_443698_
BAR IDENTIFICATION

*Signature*

Matthew J. Oppenheim
*Printed Name*

Oppenheim Group
7304 River Falls Drive
*Address*

Potomac, MD  20854
*City/State/Zip*

(301) 299-4986        (866) 766-1678
*Phone No.*           *Fax No.*