UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTA RECORDS LLC, *et al.*,

   Plaintiffs,

    v.

JOHN DOES 1-19,

   Defendants.

Civil Action No. 07-1649 (CKK)

**ORDER TO SHOW CAUSE**
(November 15, 2007)

     On November 13, 2007, Defendant John Doe #3 filed a [8] Motion to Vacate the Court's Order Granting Expedited Discovery, to Dismiss the Complaint, To Quash the Subpoena, and to Dismiss for Improper Joinder. Based on Defendant's Motion, Plaintiffs are ordered to show cause as to why Defendant's Motion to Quash should not be granted as to John Doe #3, and why all other John Does are not similarly situated such that a Motion to Quash ruling would not apply to all John Does.

     Plaintiffs filed a Complaint in the instant case on September 19, 2007. Plaintiffs filed for leave to take immediate discovery by serving George Washington University with a subpoena seeking identifying information for certain individuals who allegedly downloaded Plaintiffs' copyrighted works and/or distributed these works to others. Although Plaintiffs' Motion for Leave did not cite to particular statutory authority, the Court relied on 47 U.S.C. § 551(c)(2)(B) when it granted leave for Plaintiffs to serve the discovery. *See* [7] Mem. Op. at 2. While the D.C. Circuit has not opined on the applicability of this provision on facts similar to the present,

at least one recent court decision, *Interscope Records, et al. v. Does 1-7*, 494 F. Supp. 2d 388 (E.D. Va. 2007), found the provision inapplicable on similar facts. In addition, Defendant's Motion references the Digital Millennium Copyright Act, 17 U.S.C.A. §§ 512(a), 512(c)(3)(A), 512(h), and 512(k)(1)(A), a statute the Court did not rely on for authorization, but one that the D.C. Circuit found did not authorize discovery on similar facts. *See Recording Indus. Ass'n Am. v. Verizon Internet Servs.*, 351 F.3d 1229 (D.C. Cir. 2003).

Accordingly, on this 15th day of November, 2007, it is hereby

**ORDERED** that Plaintiffs shall show cause as to why Defendant's Motion to Quash should not be granted as to John Doe #3, and why all other John Does are not similarly situated such that a Motion to Quash ruling would not apply to all John Does; it is further

**ORDERED** that Plaintiffs respond to the Court's Show Cause Order on or before November 29th, 2007; and it is further

**ORDERED** that Defendant shall file a Response on or before December 13th, 2007.

 /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge