IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 1:07-CV-01649-CKK

| | |
|---|---|
| ARISTA RECORDS, LLC, *et al*, )<br>)<br>Plaintiffs,           )<br>)<br>vs.                            )<br>)<br>DOES 1 - 19,             )<br>)<br>Defendants.           )<br>)<br>) | **MOTION FOR ADMISSION<br>PRO HAC VICE** |

**DEFENDANT** Doe #3, by and through local counsel, hereby moves the Court for the admission of Stephen E. Robertson of the law firm of Robertson, Medlin & Blocker, PLLC, to appear as counsel of record for the Defendant Doe #3 in this action, pursuant to Local Rule 83.2(d); and states unto the Court that the declaration of Stephen E. Robertson is attached hereto and incorporated herein as if fully set forth.  Counsel for the Plaintiffs has been contacted and does not object to this motion.

This the 10th day of December, 2007.

Respectfully submitted,

By: /s/ Lawrence Harbin
Lawrence Harbin, DC Bar # 236,190
MCINTYRE, HARBIN & KING, LLP
Attorney for Defendant Doe #3
500 Ninth Street SE
Washington, DC 20003
Telephone: (202) 546-1100
Facsimile: (202) 543-9230
lharbin@mhk-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2007, I electronically filed the foregoing

**MOTION FOR ADMISSION PRO HAC VICE** with the Clerk of Court using the CM/ECF

system, which will send a notification of such filing to the following:

Matthew Jan Oppenheim
MATTHEW J OPPENHEIM, ESQ.
7304 River Falls Drive
Potomac, MD 20854
matt@oppenheimgroup.net

And I hereby certify that I will serve the document by e-mail to the following non-party:

Thomas B. Smith
Associate General Counsel - Litigation
The George Washington University
2100 Pennsylvania Avenue, NW
Washington, D.C.  20052
tbsmith@gwu.edu

> By: /s/ Lawrence Harbin
> Lawrence Harbin
> MCINTYRE, HARBIN & KING, LLP
> Attorney for Defendant Doe #3
> 500 Ninth Street SE
> Washington, DC 20003
> Telephone: (202) 546-1100
> Facsimile: (202) 543-9230
> lharbin@mhk-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 1:07-CV-01649-CKK

| | |
|---|---|
| ARISTA RECORDS, LLC, *et al*, | ) |
| Plaintiffs, | ) |
| vs. | ) **DECLARATION OF STEPHEN E.** |
| | ) **ROBERTSON CONCERNING MOTION** |
| DOES 1 - 19, | ) **FOR ADMISSION PRO HAC VICE** |
| Defendants. | ) |

**NOW COMES** Attorney, Stephen E. Robertson and avers as follows:

1. My name is Stephen Edward Robertson.

2. My office address is: 125 South Elm Street, Suite 100, Greensboro, North Carolina 27401. My phone number is: (336) 378-9881.

3. I have been admitted to the bars of all of the courts of the State of North Carolina, the United States District Court for the Middle District of North Carolina, the United States District Court for the Eastern District of North Carolina, and the Fourth Circuit U.S. Court of Appeals.

4. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* to the United States District Court for the District of Columbia.

6. I am not a member of the District of Columbia Bar, nor do I practice law from an office located in the District of Columbia.

Affirmed, this the 5th day of December, 2007, in Greensboro, North Carolina.

_____
Stephen E. Robertson