UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>                      Plaintiffs,<br><br>     v.<br><br>DOES 1 - 19,<br>                      Defendants. | Civil Action No.: 1:07-cv-01649-CKK |

## NOTICE OF DISMISSAL OF DOES #9 AND #19 WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #9, also identified as ID #119963379 with IP address 128.164.102.170 2007-02-27 20:13:57 EST, and against Defendant Doe #19, also identified as ID #124071392 with IP address 161.253.5.32 2007-04-02 04:11:49 EDT, each party to bear its/his own fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 21, 2007 | **/s/**<br>Matthew J. Oppenheim (D.C. Bar No. 443698)<br>The Oppenheim Group<br>7304 River Falls Drive<br>Potomac, MD  20854<br>(301) 299-4986 |
|  | Attorney for Plaintiffs |