UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>          Plaintiffs,<br>     v.<br>DOES 1 - 19,<br>          Defendants. | Civil Action No.: 1:07-cv-01649-CKK |

## NOTICE OF DISMISSAL OF DOE #18 WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al*., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #18, also identified as ID #128878794 with IP address 161.253.34.17 2007-05-13 05:27:54 EDT, each party to bear its/his own fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 21, 2007 | **/s/** <br> Matthew J. Oppenheim (D.C. Bar No. 443698) <br> The Oppenheim Group <br> 7304 River Falls Drive <br> Potomac, MD  20854 <br> (301) 299-4986 |
|  | Attorney for Plaintiffs |