IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 1:07-CV-01649-CKK

| | |
|---|---|
| ARISTA RECORDS, LLC, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **SECOND DECLARATION OF STEPHEN** |
| ) | **E. ROBERTSON CONCERNING** |
| DOES 1 - 19, ) | **MOTION FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| Defendants. ) | |
| ) | |

**NOW COMES** Attorney, Stephen E. Robertson and avers as follows:

1. My name is Stephen Edward Robertson.

2. I was admitted to this Court *pro hac vice*, by Order of the Honorable District Court Judge Colleen Kollar-Kotelly on December 11, 2007 [Minute Order granting Motion at Docket #14] pending certification that I am familiar with the local rules.

3. I certify that I have read and am familiar with the Rules of the United States District Court for the District of Columbia.

Affirmed, this the 13th day of December, 2007, in Greensboro, North Carolina.

_____
Stephen E. Robertson