UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTA RECORDS LLC, *et al.*,

   Plaintiffs,

    v.

JOHN DOES 1-19,

   Defendants.

Civil Action No. 07-1649 (CKK)

**ORDER**
(April 28, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 28th day of April, 2008, hereby

**ORDERED** that John Doe #3's [8] Motion to Vacate the Court's Order dated October 11, 2007, to Quash the Subpoena, and to Dismiss Plaintiffs' Complaint is GRANTED IN PART and DENIED IN PART. The Court shall vacate and reissue its October 11, 2007 Order and Memorandum Opinion, which shall require GW to respond to Plaintiffs' subpoena within five business days. Defendant's Motion to Quash and Motion to Dismiss are denied; however, the denial shall operate without prejudice as to Defendant's arguments concerning misjoinder; it is further

**ORDERED** that the Court's [10] Show Cause Order is DISCHARGED; it is further

**ORDERED** that GW's [9] Motion for Extension of Time to respond to Plaintiffs' subpoena is DENIED as MOOT.

                                                   /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge