UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTA RECORDS LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES 1-19, <br><br> Defendants. | Civil Action No. 07-1649 (CKK) |

**ORDER**
(April 28, 2008)

In keeping with the accompanying Memorandum Opinion, it is this 28th day of April, 2008, hereby

**ORDERED** that Plaintiffs' [2] Motion for Leave to Take Immediate Discovery is GRANTED. Plaintiffs will be allowed to serve immediate discovery on George Washington University ("GW") to obtain the identity of each John Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Defendant, including name, current (and permanent) addresses, telephone numbers, email addresses, and Media Access Control addresses. Any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights as set forth in the Complaint. If and when GW is served with a subpoena, GW shall give written notice, which may include email notice, to the subscribers in question within three business days. If GW and/or any Defendant wants to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be five business days from the date of this Order. GW

shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash.  It is further

**ORDERED** that Plaintiffs shall provide GW with a copy of this Memorandum Opinion and Order along with its subpoena.

Date: April 28, 2008

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge