IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 1:07-CV-01649-CKK

| | | |
|---|---|---|
| ARISTA RECORDS, LLC, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT DOE #3'S MOTION TO** |
| | ) | **RECONSIDER, SEVER, AND STAY** |
| DOES 1 – 19, | ) | **SUBPOENA** |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

　　　　NOW COMES Defendant, Doe #3, by and through counsel, and respectfully

moves the Court to alter or amend its opinions and orders [Docket #25 through 28],

pursuant to Fed. R. Civ. P., Rule 59(a), and to grant Doe #3 relief from its order pursuant

to Fed. R. Civ. P., Rule 60(b).  Further, Doe #3 asks the Court to stay the execution of the

subpoena issued to George Washington University ("GW") pending reconsideration.  In

support thereof, Defendant Doe #3 has filed a Statement of Points and Authorities

contemporaneous with this Motion.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　By: /s/ Larry Harbin
　　　　　　　　　　Larry Harbin
　　　　　　　　　　MCINTYRE, HARBIN & KING, LLP
　　　　　　　　　　Attorney for Defendant Doe #3
　　　　　　　　　　500 Ninth Street SE
　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　Telephone: (202) 546-1100
　　　　　　　　　　Facsimile: (202) 543-9230
　　　　　　　　　　lharbin@mhk-law.com
　　　　　　　　　　*Local counsel*

By: /s/ Stephen E. Robertson
Stephen E. Robertson
ROBERTSON, MEDLIN & BLOCKER, PLLC
Attorney for Defendant Doe #3
125 South Elm Street, Suite 100
Greensboro, NC  27401
Telephone: (336) 378-9881
Facsimile: (336) 378-9886
srobertson@robertsonmedlin.com
admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Matthew Jan Oppenheim
> MATTHEW J OPPENHEIM, ESQ.
> 7304 River Falls Drive
> Potomac, MD 20854
> matt@oppenheimgroup.net

And I hereby certify that I will serve the document by e-mail to the following non-party:

> Thomas B. Smith
> Associate General Counsel - Litigation
> The George Washington University
> 2100 Pennsylvania Avenue, NW
> Washington, D.C.  20052
> tbsmith@gwu.edu

> By: /s/ Larry Harbin
> Larry Harbin
> MCINTYRE, HARBIN & KING, LLP
> Attorney for Defendant Doe #3
> 500 Ninth Street SE
> Washington, DC 20003
> Telephone: (202) 546-1100
> Facsimile: (202) 543-9230
> lharbin@mhk-law.com

> By: /s/ Stephen E. Robertson
> Stephen E. Robertson
> ROBERTSON, MEDLIN & BLOCKER, PLLC
> Attorney for Defendant Does #3
> 125 South Elm Street, Suite 100
> Greensboro, NC  27401
> Telephone: (336) 378-9881
> Facsimile: (336) 378-9886
> srobertson@robertsonmedlin.com