UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTA RECORDS LLC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOES 1-19,<br><br>    Defendants. | Civil Action No. 07-1649 (CKK) |

**ORDER**
(May 12, 2008)

Currently pending before the Court is third-party George Washington University's ("GW") [31] Motion to Continue the date by which it must respond to Plaintiffs' subpoena until the Court rules on Defendant's Motion for Reconsideration. Defendant's Motion asks the Court to reconsider its April 28, 2008 Orders and Opinions on the grounds that the Plaintiffs and Defendants are improperly joined in this action. Improper joinder is not an appropriate basis to quash Plaintiffs' subpoena, and it is therefore not a basis to continue the date by which GW must respond to the subpoena. *See* Fed. R. Civ. P. 45(c)(3); *Sony Music Entm't Inc. v. Does 1-40*, 326 F. Supp. 2d 556, 568 (S.D.N.Y. 2004) ("[a]lthough [Defendants] raise a fair issue as to whether all these claims against forty apparently unrelated individuals should be joined in one lawsuit, discussion of joinder is not germane to the motions to quash before the Court, as the remedy for improper joinder is severance, *see* Fed. R. Civ. P. 21, and not the quashing of the subpoena at issue here").

Accordingly, it is, this 12th day of May, 2008, hereby

**ORDERED** that GW's [31] Motion to Continue the date by which it must respond to Plaintiffs' subpoena is DENIED.

**SO ORDERED.**

Date: May 12, 2008

                                                       /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge